IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

06-CV-01514-BNB

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

AUG - 3 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. _____

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

MARK ANTHONY JONES, II, #0610053,

    Plaintiff,

v.

AURORA POLICE DEPT. JOHN DOE & JANE DOE,
AURORA CHIEF OF POLICE OATS,
MAYOR ED TAUER,
AURORA CITY GOVERNMENT,
MAYOR OF CENTENNIAL RANDY PYE,
AURORA COUNTY COMMISSIONER, BERNIE ZIMMER,
PATRICK J. SULLIVAN JR. DETENTION FACILITY,
SHERIFF J. GRAYSON ROBINSON,
D/S FINGER,
D/S JAMES,
D/S KELLEY,
D/S CARLE,
D/S CLINE,
D/S FREEMAN,
CLASSIFICATIONS NANCY SIVIK MII MAGR.,
CAPTAIN BAY,
SGT. ROSS,
SGT. THOMPSON,
SGT. DARBY WISCOMB,
LT. HARTMAN,
LT. MANOS,
CHIEF LAUDERDALE,
LT. ROZ,
D/S JONES,
MAILROOM MR. RAMBO,
SUE WHITE,
SGT. GROS KRUGER,
CORRECTIONAL HEALTHCARE MANAGEMENT ELAINE MEYERS, HSA,
NURSE TIM GOSS R.N. (Acting HSA),
DR. SCHNEGEL,
DR. SOLIS,

Dockets.Justia.com

NURSE LAURA IVERSON AND COMPLETE MEDICAL STAFF,
DR. GARLICK,
DR. MOZER,
COLORADO STATE BOARD OF REGULATORY AGENCIES,
STATE BOARD OF NURSING,
STATE BOARD OF MEDICAL EXAMINERS AND BOARD OF MENTAL HEALTH
    EXECUTIVE DIRECTOR TAMBOR WILLIAMS,
RICHARD L. VOGT,
TRI COUNTY HEALTH DEPT.
ARAMARK FOOD SERVICES,
EDDIE CILMOR,
MAURICE WOMAK,
JANE STADDISH,
TWIN CITIES SECURITIES 1-25,
AMERICAN CORRECTIONAL ASSOCIATION,
US ATTORNEY GENERAL ALBERTO GONZALES,
JOHN DOE + JANE DOE 1-500,
JURY TRIAL DEMAND 18TH JUDICIAL OFFICE OF DISTRICT ATTORNEY CAROL
    CHAMBERS 1-60,

    Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915. The court has determined that the document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   ___   is not submitted
(2)   ___   is missing affidavit
(3)   _X_   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing required financial information

(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint, Petition or Application:**
(10) _X_ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the action will be

dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this __1st__ day of __August__, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-CV-01514-BNB

Mark Anthony Jones, II
Prisoner No. 0610053
Arapahoe County Det. Facility
PO Box 4918
Centennial, CO 80155-4918

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on 8/3/06

GREGORY C. LANGHAM, CLERK

By: _____
            Deputy Clerk